# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| MARCO GORDON, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:15-cr-00027-GZS |
| | ) | 2:18-cv-00200-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 439) filed on November 16, 2018, the Recommended Decision if **AFFIRMED.** Accordingly, it is **ORDERED** that:

(1) An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases;

(2) Petitioner's Motion for Habeas Relief under 28 U.S.C. § 2255 (ECF No. 430) is hereby **DENIED**.

(3) A certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

      /s/ George Z. Singal
      United States District Judge

Dated this 11th day of December, 2018.