# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

MARCO GORDON,            )
                                   )
            Petitioner,     )
                                   )
v.                             )   Docket no. 2:15-cr-00027-GZS
                                 )           2:18-cv-00200-GZS
UNITED STATES OF AMERICA,    )
                                 )
            Respondent.    )

## ORDER ON PETITIONER'S MOTION TO EXTEND RESPONSE TIME

Before the Court is Petitioner's Motion to Extend Response Time to Magistrate Judge's Order (ECF No. 441), which Petitioner alternatively titles a Motion to Reopen § 2255 Judgment. In the Motion, the Petitioner explains that he has been in transit with the Bureau of Prisons since November 5, 2018 and did not receive a copy of the November 16, 2018 Recommended Decision (ECF No. 439) until December 28, 2018. Upon receipt of the Recommended Decision, he promptly mailed the pending Motion to Extend Response Time on December 31, 2018.

Upon Petitioner's showing of good cause, the Court hereby GRANTS the Motion. As a result, the Court's December 11, 2018 Order Affirming the Recommended Decision (ECF No. 440) is hereby VACATED. See Fed. R. Civ. P. 60(b)(6). Petitioner is hereby granted a 90-day extension in which to file any objections to the November 16, 2018 Recommended Decision (ECF No. 439), which means the Court will consider any objections that Petitioner mails on or before April 8, 2019.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 8th day of January, 2019.